

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00580-CV

**CHRISTUS SANTA ROSA HEALTHCARE CORPORATION** d/b/a Christus Santa Rosa
Hospital-City Centre,
Appellant

v.

Irma **LOPEZ**, as Wrongful Death Beneficiary of Antonio Gonzales, Jr., Deceased,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07558
Honorable Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  October 8, 2014

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal with each party bearing its own costs. Appellant's counsel certified that he has conferred with opposing counsel, who has agreed to the motion. Accordingly, we grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). All costs of appeal are taxed against the party who incurred them. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM